UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1

**PORZIO, BROMBERG & NEWMAN, P.C.**
100 Southgate Parkway
P.O. Box 1997
Morristown, New Jersey 07962
(973) 538-4006
(973) 538-5146 Facsimile
Warren J. Martin Jr., Esq.
Michael J. Naporano, Esq.
Kelly D. Curtin, Esq.
Rachel A. Parisi, Esq.
wjmartin@pbnlaw.com
mjnaporano@pbnlaw.com
kdcurtin@pbnlaw.com
raparisi@pbnlaw.com

*Proposed Counsel to Debtors*

| | |
|---|---|
| In re:<br><br>E Z MAILING SERVICES INC., *et al.*,<br><br>Debtor. | Case No.: 16-10615<br><br>(Joint Administration Pending)<br><br>Chapter: 11 |
| In re:<br><br>UNITED BUSINESS FREIGHT FORWARDERS LIMITED LIABILITY COMPANY,<br><br>Debtor. | Case No.: 16-10616<br><br>(Joint Administration Pending)<br><br>Chapter: 11<br><br>**Hearing Date and Time:**<br>**January _____, 2016, at ___:___ __.m.** |

**NOTICE OF MOTION FOR ENTRY OF AN ORDER DIRECTING
JOINT ADMINISTRATION OF THE DEBTORS' CHAPTER 11 CASES**

TO: All Parties-in-Interest

PLEASE TAKE NOTICE that in accordance with the Order Regarding Application For Expedited Consideration of First Day Matters served herewith, the undersigned, proposed counsel for E Z Mailing Services Inc., *et al.* (the "Debtors"), shall move before the assigned

3262161

United States Bankruptcy Judge, at the United States Bankruptcy Court, Martin Luther King Jr. Federal Building, 50 Walnut Street, Newark, New Jersey 07102, for entry of an Order Directing Joint Administration of the Debtors' Chapter 11 Cases (the "Motion").

PLEASE TAKE FURTHER NOTICE that in support of the Motion, the undersigned shall rely on the Affidavit of Ajay Aggarwal in Support of the Debtors' "First Day Motions" and the accompanying Memorandum of Law, which collectively set forth the relevant factual and legal bases upon which the relief requested should be granted. A proposed Order granting the relief requested in the Motion is also being submitted herewith.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the relief requested in the Motion shall be presented in accordance with the Order Regarding Application for Expedited Consideration of First Day Matters.

PLEASE TAKE FURTHER NOTICE that the undersigned requests oral argument on the return date of the Motion.

Dated: January 13, 2016

Respectfully submitted,

**PORZIO, BROMBERG & NEWMAN, P.C.**
*Proposed Counsel to the Debtors*

By: */s/ Warren J. Martin Jr.*
    Warren J. Martin Jr.