Form tsntc

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                              Case No.: 16−10615−SLM
                                              Chapter: 11
                                              Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   E Z Mailing Services Inc.
   aka E Z Worldwide Express, aka United
   Business Xpress
   699 Division Street
   Elizabeth, NJ 07201

Social Security No.:

Employer's Tax I.D. No.:
   22−2990072

**Notice That a Transcript Has Been Filed**

     You are Noticed that a Transcript has been filed on 1/21/16. Pursuant to the Judicial Conference Policy on Privacy, access to this transcript is restricted for a period of ninety days from the date of filing. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, please call the Clerk's Office] All parties have seven business days to file a Request for Redaction of any social security numbers, financial account data, names of minor−age children, dates of birth, and home addresses. If redaction is requested, the filing party has twenty−one calendar days from the date the transcript was filed to file a list of items to be redacted indicating the location of the identifiers within the transcript with the court and to provide the list to the transcriber. The transcriber has thirty−one days from the date the list of items to be redacted was filed to file the redacted version of the transcript with the court . If no request is filed, the transcript will be made electronically available to the general public after the ninety days.

Dated: January 21, 2016
JJW:

                                                                            James J. Waldron
                                                                            Clerk