| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1<br>**PORZIO, BROMBERG & NEWMAN, P.C.**<br>100 Southgate Parkway<br>P.O. Box 1997<br>Morristown, New Jersey 07962<br>(973) 538-4006<br>(973) 538-5146 Facsimile<br>Warren J. Martin Jr., Esq. (wjmartin@pbnlaw.com)<br>Michael J. Naporano, Esq. (mjnaporano@pbnlaw.com)<br>Kelly D. Curtin, Esq. (kdcurtin@pbnlaw.com)<br>Rachel A. Parisi, Esq. (raparisi@pbnlaw.com)<br>*Proposed Counsel to Debtors* | |
| In Re:<br><br>E Z MAILING SERVICES INC., *et al.*,[1]<br><br>Debtors. | Case No.: 16-10615 (SLM)<br><br>(Jointly Administered)<br><br>Chapter: 11<br><br>Judge: Hon. Stacey L. Meisel<br><br>**Hearing Date and Time:**<br>**February 23, 2016, at 10:00 a.m.** |

### NOTICE OF DEBTORS' APPLICATION FOR DESIGNATION AS COMPLEX CHAPTER 11 CASE

**PLEASE TAKE NOTICE** that on February 23, 2016, at 10:00 a.m., or as soon thereafter as counsel may be heard, the undersigned, proposed attorneys for E Z Mailing Services, Inc., et al., the within chapter 11 debtors (the "Debtors"), shall move (the "Motion") before the Honorable Stacey L. Meisel, United States Bankruptcy Judge, at the United States Bankruptcy Court, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Newark, New Jersey 07102, for entry of an administrative order designating this case as a complex chapter 11 case.

---

[1] The Debtors in these chapter 11 cases are (i) E Z Mailing Services, Inc. d/b/a E Z Worldwide Express and United Business Xpress, and (ii) United Business Freight Forwarders Limited Liability Company.

3286933

**PLEASE TAKE FURTHER NOTICE** that in support of the Motion, the undersigned shall rely on the Application for Designation as Complex Chapter 11 Case pursuant to the Court's General Order Authorizing Procedures for Complex Chapter 11 and the Affidavit of Ajay Aggarwal in Support of Debtors' Chapter 11 Petition and First Day Motions [ECF # 10]. A proposed Order granting the relief requested in the Motion is also being submitted.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the Motion shall be filed with the Court and served upon the undersigned no later than seven days before the return date, or at such other time as may be directed by the Court, in accordance with D.N.J. LBR 9013-2(a).

**PLEASE TAKE FURTHER NOTICE** that unless objections are timely filed and served, the Motion shall be decided on the papers in accordance with D.N.J. LBR 9013-3(d), and the relief requested may be granted without further notice or hearing.

**PLEASE TAKE FURTHER NOTICE** that the undersigned request oral argument on the return date of the Motion if objections are timely filed.

DATED:  January 28, 2016            **PORZIO, BROMBERG & NEWMAN, P.C.**

                                    By:    */s/ Warren J. Martin Jr.*
                                           Warren J. Martin Jr.