| |
|---|
| UNITED STATES BANKRUPTCY COURT <br> DISTRICT OF NEW JERSEY <br> **Caption in Compliance with D.N.J. LBR 9004-1** <br> **PORZIO, BROMBERG & NEWMAN, P.C.** <br> 100 Southgate Parkway <br> P.O. Box 1997 <br> Morristown, New Jersey 07962 <br> (973) 538-4006 <br> (973) 538-5146 Facsimile <br> Warren J. Martin Jr., Esq. wjmartin@pbnlaw.com <br> Michael J. Naporano, Esq. mjnaporano@pbnlaw.com <br> Kelly D. Curtin, Esq. kdcurtin@pbnlaw.com <br> Rachel A. Parisi, Esq. raparisi@pbnlaw.com <br><br> *Proposed Counsel to Debtors* |
| In Re: <br><br> E Z MAILING SERVICES INC., *et al.*,[1] <br><br> Debtors. |

Case No.: 16-10615 (SLM)

(Jointly Administered)

Chapter: 11

Judge: Hon. Stacey L. Meisel

**Hearing Date and Time:**
**February 23, 2016 at 10:00 a.m.**

## APPLICATION FOR DESIGNATION AS COMPLEX CHAPTER 11 CASE

This bankruptcy case was filed on January 13, 2016. The undersigned believes that this case qualifies under the Court's General Order Authorizing Procedures For Complex Chapter 11 cases as a complex Chapter 11 case because:

**(check those items that are applicable)**

   X    The Debtor has total liabilities of more than $ _25_ million;

   X    The Debtor has total assets of more than $__20__ million;

   X    There are more than __500__ creditors and interested parties in this case;

         Claims against the Debtor are publicly traded;

         Other: Substantial explanation is required. (Attach additional sheets if necessary.)

---

[1] The Debtors in these chapter 11 cases are (i) E Z Mailing Services, Inc. d/b/a E Z Worldwide Express and United Business Xpress, and (ii) United Business Freight Forwarders Limited Liability Company.

3286931

Dated: January 28, 2016                        Respectfully submitted,

                                              **PORZIO, BROMBERG & NEWMAN, P.C.**
*Proposed Counsel to the Debtors*

By: */s/ Warren J. Martin Jr.*
        Warren J. Martin Jr.

3286931