UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
ACTING UNITED STATES TRUSTEE, REGION 3
Martha R. Hildebrandt, Esq.
Mitchell B. Hausman, Esq.
One Newark Center, Suite 2100
Newark, NJ  07102
Telephone: (973) 645-3014
Fax: (973) 645-5993
Email: Mitchell.B.Hausman@usdoj.gov.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| E Z Mailings Services *aka* | : | Case No. 16-10615 (SLM) |
| E Z Worldwide Express et al. | : | |
| | : | |
| Debtors. | : | The Honorable Stacey L. Meisel |
| | : | |

## NOTICE OF APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, the Acting United States Trustee hereby appoints, the below listed creditors to the Official Committee of Unsecured Creditors in the above captioned cases.

**Forever 21**
3880 N. Mission Road
Los Angeles, CA 90031
Tel.: (213) 741-8965
Fax: (213) 741-8995
Attn: Scott A. Hampton, Esq.

**First Project, LLC**
10 Schalks Crossing Road
Plainsboro, NJ 08536
Tel.: (732) 763-5668
Fax: (609) 275-9897
Attn: Vikas Mehta

**DHL Express (U.S.A), Inc.**
c/o Deutsche Post DHL-Global
Business Services
1210 South Pine Island Road
Plantation, FL 33324
Tel.: (954) 626-1761
Attn: Mark W. Dietz, Esq.

**Page 2**
E Z Mailings Services *aka*
E Z Worldwide Express *et al*.
**Appointment Of Official Committee**
**Of Unsecured Creditors**

Counsel for Committee

Kenneth A. Rosen, Esq.
Lowenstein Sandler
65 Livingston Avenue
Roseland, NJ 07068
Tel.: 973.597.2548
Fax: 973 597 2400

                ANDREW R. VARA
                ACTING UNITED STATES TRUSTEE
                Region 3

                By: */s/ Martha R. Hildebrandt*
                    Martha R. Hildebrandt
                    Assistant United States Trustee

                    Mitchell B. Hausman
                    Trial Attorney

Date:   January 27, 2016